954

No. 81–5910. EICHER *v.* FLORIDA DEPARTMENT OF CORRECTIONS ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 81–5914. GETCH *v.* HAMMOCK, CHAIRMAN, NEW YORK STATE BOARD OF PAROLE. C. A. 2d Cir. Certiorari denied.

No. 81–5917. TALAMANTEZ *v.* CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–5920. SIMMONS *v.* WINSBERG ET AL. Sup. Ct. La. Certiorari denied.

No. 81–5921. RUSSELL *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 81–5922. SPANN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 81–5924. ALEXANDER *v.* TEXAS. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 81–5925. MACK *v.* ENGLE. C. A. 6th Cir. Certiorari denied.

No. 81–5926. BORNES *v.* BLACKBURN, WARDEN. Sup. Ct. La. Certiorari denied.

No. 81–5927. CLAY *v.* TEXAS ET AL. Ct. Crim. App. Tex. Certiorari denied.

No. 81–5928. BLECHMAN *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–5929. FLENNER *v.* PONTIFEX ET AL. Sup. Ct. Va. Certiorari denied.